# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Erica Marie Packer | § | Case No. 17-15966 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/23/2017 .   The undersigned trustee was appointed on  05/23/2017 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4.  The trustee realized gross receipts of | $ | 3,800.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 3,710.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  02/01/2018  and the deadline for filing governmental claims was  02/01/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 950.00 , for a total compensation of $ 950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.50 , for total expenses of $ 7.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2019                     By:/s/Joji Takada, Chapter 7 Trustee
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 17-15966   Doc 25   Filed 04/19/19   Entered 04/19/19 09:01:34   Desc Main
Document   Page 3 of 10

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 17-15966 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|

Case Name:   Erica Marie Packer

Date Filed (f) or Converted (c):   05/23/2017 (f)

341(a) Meeting Date:   06/29/2017

For Period Ending:   03/13/2019

Claims Bar Date:   02/01/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
| 1. Fraudulent Transfer (u)<br><br>$5000 payment to mother within 12 months of bankruptcy filing. | 5,000.00 | 3,800.00 | | 3,800.00 | FA |
| 2. Vehicle<br><br>2003 Toyota Highlander with over 145,000 miles. | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 3. Household Goods Furnishings<br><br>Furniture, linens, small appliances, table & chairs, bedroom set $1,000<br>$_____1_._0_0_0_.0_0 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Electronics<br><br>TV, computer, printer, music collection, cell phone $500<br>$_____5_0_0_.0_0 | 500.00 | 500.00 | | 0.00 | FA |
| 5. Other Misc Personal Property<br><br>Books, CDs, DVDs & Family Photos $100<br>$_____1_0_0_.0_0 | 100.00 | 100.00 | | 0.00 | FA |
| 6. Bank Account<br><br>Checking Account Chase $_____2_5_.0_0<br>Checking Account Bank of America<br>$_____9_5_0_.0_0 | 975.00 | 975.00 | | 0.00 | FA |
| 7. IRA ERISA Keough Pension Profit Sharing Plan<br><br>401(k) or similar plan Employer<br>$_____U__n_k_n_o_w_n | Unknown | 0.00 | | 0.00 | FA |
| 8. Insurance Policy<br><br>Term life insurance $0<br>$_____0_.0_0 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Clothing<br><br>Everyday clothes | 100.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry<br><br>Everyday jewelry, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $11,775.00   $10,375.00   $3,800.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Investigate insider payment to father within 12 months of petition date. - Joji Takada 7/10/2017

Compromise re: insider payment subject to payment plan. - Joji Takada 11/20/2017

Installment payments being made per settlement. - Joji Takada 2/16/2018

Consulting with tax professional re: tax returns. - Joji Takada 5/26/2018

Review claims and prepare TFR. - Joji Takada 10/1/2018

Initial Projected Date of Final Report (TFR): 12/30/2018        Current Projected Date of Final Report (TFR): 06/30/2019

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 17-15966 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Erica Marie Packer | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0528 |
| | Checking |
| Taxpayer ID No: XX-XXX8090 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/17 | 1 | Erica Packer | Settlement payment Installment payment re compromise of preference payment to mother | 1241-000 | $750.00 | | $750.00 |
| 04/09/18 | 1 | Erica Packer | Settlement payment Final installment payment re preference payment. | 1241-000 | $3,050.00 | | $3,800.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,790.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,780.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,770.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,760.00 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,750.00 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,740.00 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,730.00 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,720.00 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,710.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $3,800.00 | $90.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,800.00 | $90.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,800.00 | $90.00 |
| Page Subtotals: | $3,800.00 | $90.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0528 - Checking | $3,800.00 | $90.00 | $3,710.00 |
| | $3,800.00 | $90.00 | $3,710.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,800.00 |
| Total Gross Receipts: | $3,800.00 |

Page Subtotals:                    $0.00            $0.00

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 17-15966                                                                                      Date: March 13, 2019
Debtor Name: Erica Marie Packer
Claims Bar Date: 2/1/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $950.00 | $950.00 |
| 100<br>2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $7.50 | $7.50 |
| 1<br>300<br>7100 | Gwendolyn J. Sterk & Family Law Group<br>11528 W 183Rd Pl Ne<br>Orland Park,Il 60467 | Unsecured | | $0.00 | $10,000.00 | $10,000.00 |
| 2<br>300<br>7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,284.87 | $1,284.87 |
| 3<br>300<br>7100 | Credit First Na<br>Po Box 818011<br>Cleveland, Oh 44181 | Unsecured | | $0.00 | $1,348.60 | $1,348.60 |
| 4<br>300<br>7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $0.00 | $1,047.79 | $1,047.79 |
| | Case Totals | | | $0.00 | $14,638.76 | $14,638.76 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 13, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-15966
Case Name: Erica Marie Packer
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                          $            3,710.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $          950.00 | $          0.00 | $          950.00 |
| Trustee Expenses: Joji Takada | $          7.50 | $          0.00 | $          7.50 |

Total to be paid for chapter 7 administrative expenses      $_____957.50

Remaining Balance                                          $_____2,752.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,681.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  20.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Gwendolyn J. Sterk & Family Law Group | $        10,000.00 | $             0.00 | $      2,011.88 |
| 2 | Capital One, N.A. | $          1,284.87 | $             0.00 | $         258.50 |
| 3 | Credit First Na | $          1,348.60 | $             0.00 | $         271.32 |
| 4 | Synchrony Bank | $          1,047.79 | $             0.00 | $         210.80 |
| | Total to be paid to timely general unsecured creditors | | $            2,752.50 | |
| | Remaining Balance | | $                 0.00 | |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE